UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CORNELIUS PAMES,**

    Plaintiff

    v.                          C-1-12-285

**MICHAEL PIERCE,**

    Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 44) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 44) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Defendant Pierce's Motion for Summary Judgment on

2

plaintiff's claim for excessive force under the Eighth Amendment is DENIED.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                                           s/Herman J. Weber
                                          Herman J. Weber, Senior Judge
                                             United States District Court